NUMBER 13-01-121-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


MICHAEL W. TRINE , Appellant,


v.



CENTEX CONSTRUCTION CORPORATION, INC. , Appellee.

____________________________________________________________________


On appeal from the 197th District Court

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, MICHAEL W. TRINE , perfected an appeal from a judgment entered by the 197th District Court of Cameron
County, Texas, in cause number 99-11-4648-C . After the clerk's record was filed, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2001 .